[No. 12160. In Bank. — June 24, 1887.]

In the Matter of the Estate of ALLEN E. ROSE, Deceased.

Appeal — Estate of Decedent — Order Settling Account of Administrator — Entry in Minute-book — Premature Appeal. — An appeal from an order settling the accounts of an administrator of the estate of a deceased person is premature and will be dismissed, when taken before the order is entered in the minute-book of the court.

LXXII. Cal.—37

APPEAL from an order of the Superior Court of Tulare County settling the account of an administrator of the estate of a deceased person.

Motion to dismiss appeal. The facts are stated in the opinion of the court.

*Wal. J. Tuska,* for Appellant.

*Stetson & Houghton,* for Respondent.

SEARLS, C. J.—This is a motion to dismiss an appeal upon the ground that it was prematurely taken.

It appears from the affidavits on file that on the 12th of March, 1887, findings of fact and an order or decree were signed and filed with the clerk, settling the account of H. Hirshfield, the administrator of the estate of Rose, deceased. Afterward, and on the twenty-seventh day of April, 1887, the administrator perfected an appeal to this court from such order or decree.

At the time of taking such appeal, the decree appealed from had not been entered in the minute-book of the Superior Court of Tulare County, where the proceedings were had and where the cause was pending.

In probate cases, it is provided by section 1704 of the Code of Civil Procedure that "all orders and decrees of the court or judge must be entered at length in the minute-book of the court."

If an appeal is taken in such a case, it "must be taken within sixty days *after* the order, decree, or judgment is entered."

The appeal in this case was premature. (*People v. Center,* 66 Cal. 570; *McLaughlin v. Doherty,* 54 Cal. 519; *Thomas v. Anderson,* 55 Cal. 43.)

The motion is granted and the appeal dismissed.

McKINSTRY, J., THORNTON, J., SHARPSTEIN, J., TEMPLE, J., McFARLAND, J., and PATERSON, J., concurred.